## STATE v. FULLERTON

No. 298 PC

Case below: 46 NC App 837

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.

## STATE v. GEORGE

No. 317 PC

Case below: 47 NC App 375

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980. Petition by defendant for temporary stay and writ of supersedeas denied 15 August 1980.

## STATE v. GORHAM

No. 255 PC

Case Below: 46 NC App 607

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 15 August 1980.

## STATE v. HEDGEPETH

No. 262 PC

Case below: 46 NC App 569

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. HODGEN

No. 357 PC

Case below: 47 NC App 329

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.